UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-5879-JFW**                                                        Date: August 26, 2015

Title:   In re: Lawrence Abdul Mujeeb Madyun

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                  None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER DISMISSING APPEAL WITHOUT PREJUDICE**

  On July 31, 2015, Appellant Lawrence Abdul Mujeeb Madyun ("Appellant") filed a Notice of Appeal and Statement of Election in the United States Bankruptcy Court for the Central District of California ("Bankruptcy Court").  Docket No. 2.  On August 4, 2015, a Notice of Referral of Appeal was filed, and this case was assigned to this Court.  Docket No. 3.  In a Memorandum filed on August 4, 2015, the Court was advised that this bankruptcy appeal is defective and the Court lacks jurisdiction because "[t]he order being appealed was never entered on the Bankruptcy Court Docket."  *See* Docket No. 4.  On August 6, 2015, the Court issued an Order to Show Cause ("OSC"), ordering Appellant to show cause in writing by August 12, 2015 why this appeal should not be dismissed for lack of jurisdiction.  On August 10, 2015, Appellant filed his Response to the OSC.  In his Response, Appellant admitted that the order being appealed was never entered on the Bankruptcy Court's Docket.  As a result, this Court lacks jurisdiction, and this appeal is **DISMISSED without prejudice**.

  IT IS SO ORDERED.

Initials of Deputy Clerk  sr